**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | February 24, 2017 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-16-4196 (ENV) |
| **CASE NAME(S)** | **BERNI, ET AL. -V- BARILLA S.P.A., ET AL.** |
| **FOR PLAINTIFF(S):** | Quitt, Sachs-Michaels, Sarraf |
| **FOR DEFENDANT(S):** | Blonder, Gunnell |
| **NEXT CONFERENCE(S):** | **JUNE 21, 2017 AT 11:00 A.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 10:19 - 10:31 |

## RULINGS FROM INITIAL CONFERENCE:

Parties are directed to engage in Phase I discovery in accordance with the Court's Individual Rules. The deadline for completion of Phase I discovery is June 2, 2017.

An in-person settlement conference will be held on June 21, 2017 at 11:00 a.m. Parties are to submit their respective settlement positions via ex parte electronic filing no later than June 19, 2017. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.