# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | September 14, 2017 |
| **TIME:** | 2:00 P.M. |
| **DOCKET NUMBER(S):** | CV-16-4196 (ENV) |
| **NAME OF CASE(S):** | **BERNI ET AL. V. BARILLA S.P.A. ET AL.** |
| **FOR PLAINTIFF(S):** | Quitt, Sarraf |
| **FOR DEFENDANT(S):** | Blonder, Gunnell |
| **NEXT CONFERENCE(S):** | **NOVEMBER 16, 2017 AT 2:00 P.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 2:30 - 3:31 |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Settlement discussions were held. Although the parties were unable to reach a disposition at this time, parties will continue to discuss a potential resolution and the Court will hold a further settlement conference on November 16, 2017 at 2:00 p.m.