## HARWOOD FEFFER LLP
488 MADISON AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 935-7400
TELECOPIER: (212) 753-3630

November 17, 2017

**By ECF**

Honorable Eric N. Vitaliano
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Alessandro Berni, et. al., v. Barilla S.p.A, et al.*, **16 Civ. 04196 (ENV) (SLT)**

Dear Judge Vitaliano:

      We represent plaintiffs and the proposed class in the above matter. We submit this letter on behalf of all parties. We are pleased to report that with the assistance of Magistrate Tiscione the parties have reached a tentative settlement in this action. The parties jointly request that defendants' motion to dismiss (Docket No. 33) be terminated without prejudice to renew in the event that the settlement is not finalized.

      We are in the process of preparing the settlement documents and expect to file them in the near future.

                                                              Respectfully yours,

                                                              Daniella Quitt

cc:    Defendants' Counsel (By ECF)