**HARWOOD FEFFER LLP**
488 MADISON AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 935-7400
TELECOPIER: (212) 753-3630

January 17, 2018

**BY ECF**

Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Alessandro Berni, et. al., v. Barilla S.p.A, et al.*, 16 Civ. 04196 (ENV) (SLT)

Dear Judge Tiscione:

  We represent plaintiffs in connection with the above-referenced action and write on behalf of all parties to request additional time to file the motion for preliminary approval of the parties' agreement to resolve this action. The parties are working to memorialize their agreement and request an additional 45 days in which to file their motion for preliminary approval of the settlement.

  We appreciate the Court's attention and are prepared to answer any questions Your Honor might have.

                Respectfully yours,

                Daniella Quitt

cc: All Counsel (By ECF)