# SARRAF GENTILE LLP
ATTORNEYS AT LAW

14 Bond Street, Suite 212 • Great Neck, New York 11021 • T 516.699.8890 • F 516.699.8968
www.sarrafgentile.com

September 24, 2018

**VIA ECF**

Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    ***Alessandro Berni, et. al., v. Barilla S.p.A, et al.*, 16 Civ. 04196 (EDNY)**

Dear Judge Tiscione:

      We represent plaintiffs in the above matter and write to request leave from Your Honor's Individual Practice Rules to file a single brief of no more than 40 pages in support of the final resolution of this matter in lieu of filing separate settlement and fee briefs.

      Pursuant to the Order, dated June 12, 2018 (the "Order"), preliminarily approving this class action settlement, all papers in support of final settlement approval, the approval of attorneys' fees, the reimbursement of case expenses and the payment of case contribution awards to each of the plaintiffs, shall be filed by November 5, 2018. Order (Docket Entry 57) at ¶¶ 15, 24. We are preparing said papers and seek Your Honor's approval to file a single memorandum of law of no more than 40 pages. We have conferred with Defendants' counsel who do not object to this request.

      We appreciate the Court's attention to this matter and are available to answer any questions the Court might have.

                        Respectfully yours,

                        /s/ Ronen Sarraf

cc:    TO ALL COUNSEL VIA ECF