**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALESSANDRO BERNI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BARILLA G. e R. FRATELLI, S.p.A., et al.,<br><br>    Defendants.<br><br>ADAM SCHULMAN,<br><br>    Objector. | No. 16-cv-4196 (ST) |

## NOTICE OF INTENT TO APPEAR

Adam E. Schulman
DC Bar No. 1001606
COMPETITIVE ENTERPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1310 L Street NW, 7th Floor
Washington, DC 20005
Phone: (610) 457-0856
Email: shuyande24@gmail.com

*In pro per*

Pursuant to paragraph 12 of the Court's Preliminary Approval Order (DE 57 at 7-8), let this document be notification that objector Adam Schulman intends to appear *in propia persona* at the final approval hearing currently scheduled for December 17, 2018. Schulman requests fifteen minutes of oral argument to address matters discussed in his objection, in the responses to his objection and to answer any questions the Court may have. At this time, Schulman does not intend to call any witnesses at the fairness hearing, but he reserves his right to make use of all documents entered on the docket by any settling party, objector, or amicus. He also reserves the right to cross-examine any witnesses who testify at the hearing in support of final approval.

Dated: November 16, 2018

Respectfully submitted,

*/s/ Adam Schulman*

Adam Schulman
DC Bar No. 1001606
COMPETITIVE ENTERPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1310 L Street, NW, 7th Floor
Washington, DC 20005
Phone: (610) 457-0856
Email: shuyande24@gmail.com

*In pro per*

## Certificate of Service

The undersigned certifies he electronically filed the foregoing Notice via the ECF system for the Eastern District of New York, thus sending the Notice in writing to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing. Additionally, he caused to be served via first class mail, a copy of the this Notice upon the following attorneys:

| | |
|---|---|
| **Robert I. Harwood** **Daniella Quitt** Harwood Feffer LLP 712 Fifth Avenue New York, NY 10019 | **Steven Blonder** Much Shelist PC 191 North Wacker Dr., Suite 1800 Chicago, IL 60606 |
| **Ronen Sarraf** **Joseph Gentile** Sarraf Gentile LLP 14 Bond Street, Suite 212 Great Neck, NY 11021 | |

Dated: November 16, 2018.

Adam Schulman