UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALESSANDRO BERNI, GUISEPPE SANTOCHIRICO, MASSIMO SIMIOLI, and DOMENICO SALVATI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>BARILLA G. e R. FRATELLI S.p.A. and BARILLA AMERICAN, INC. d/b/a BARILLA USA,<br><br>Defendants. | Case No. 1:16-cv-04196-ENV-ST |

NOTICE OF COMPLIANCE WITH
CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715

PLEASE TAKE NOTICE THAT on June 20, 2018, Defendant Barilla America, Inc., d/b/a Barilla USA, complied with the provisions of the Class Action Fairness Act, 28 U.S.C. 1715, by mailing copies of the statutorily required documents related to the class action settlement in this action to the Attorney General for the United States, the Attorney Generals of each of the fifty States and the territories, and Plaintiff's counsel. A certificate of compliance from Defendant's counsel is attached as Exhibit 1.

**BARILLA AMERICA, INC., d/b/a BARILLA USA**

| | |
|---|---|
| **SHER TREMONTE LLP**<br>Michael Tremonte<br>Justin J. Gunnell<br>80 Broad Street, Suite 1301<br>New York, New York 10004<br>Tel: (212) 202-2600<br>Fax: (212) 202-4156 | **MUCH SHELIST PC**<br>/s/ Steven P. Blonder<br>Steven P. Blonder (admitted *pro hac vice*)<br>Jonathan D. Sherman (admitted *pro hac vice*)<br>Marissa L. Downs (admitted *pro hac vice*)<br>191 North Wacker Drive, Suite 1800<br>Chicago, Illinois 60606<br>Tel: (312) 521-2000<br>Fax: (312) 521-2100 |

## CERTIFICATE OF SERVICE

Steven P. Blonder, an attorney, certify that on December 6, 2018, a true and correct copy of the ***Notice of Compliance with Class Action Fairness Act, 28 U.S.C. § 1715*** to be electronically filed, which will send electronic notification of such filing to all parties of record.

/s/ *Steven P. Blonder*