# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALESSANDRO BERNI, GIUISEPPE SANTOCHIRICO, MASSIMO SIMIOLI, and DOMENICO SALVATI, on behalf of themselves and all others similarly situated, | ) ) ) ) | Case No. 1:16-cv-04196 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BARILLA G. e R. FRATELLI, S.p.A., and BARILLA AMERICA INC. d/b/a BARILLA USA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF APRIL VAUGHT ON BEHALF OF THE CLASS ADMINISTRATOR REGARDING IMPLEMENTATION OF THE NOTICE PLAN

I, April Vaught, declare:

1.     I am employed as a project manager by Kurtzman Carson Consultants and KCC Class Action Services, LLC (together, "KCC"), a nationally-recognized notice and claims administration firm located at 462 South 4th Street, Louisville, KY 40202.[1] KCC was designated the Class Action Administrator in this Action, which the Court approved by Order, dated June 12, 2018 (the "Order"), preliminarily approving this Settlement. As the project manager for this Settlement and the Notice Plan, I oversee all aspects of the administrative services provided therewith. I submit this Declaration pursuant to paragraph 24 of the Order regarding the implementation of the Notice Plan in this Action.

---

[1]    Unless otherwise set forth, all capitalized terms used herein have the meanings ascribed to them in the Class Action Settlement Agreement, filed with the Court on April 25, 2018, DE 55-1.

2.      The Notice Plan consisted of a Settlement website along with a multi-platform internet and social medical campaign to circulate general information about the Settlement. Specifically, this included: (i) a dedicated informational website through which Class Members can obtain more detailed information about the Settlement and access case documents, including the Notice; (ii) a toll-free telephone helpline by which Class Members can speak with a live operator, obtain additional information about the Settlement and request the Notice; and, (iii) a comprehensive web-based notice campaign using ads on targeted websites based on sales of the Products, web-based "keyword" search display ads and social media ads targeting relevant interest areas. In KCC's opinion, the Notice Plan provided the best notice practicable under the circumstances.

3.      On June 26, 2018, KCC established the Class Settlement Website located at *www.barillaclassaction.com* where visitors can view the Notice, answers to frequently asked questions and download important case documents including: the Amended Class Action Complaint, Class Action Settlement Agreement, Notice of Unopposed Motion and unopposed motion for Preliminary Approval, Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, Joint Declaration of Daniella Quitt and Ronen Sarraf (in support of Preliminary Approval), Preliminary Approval Order, Notice of Motion for Final Approval of Class Action Settlement, Memorandum of Law in Support of Final Settlement Approval and Joint Declaration of Daniella Quitt and Ronen Sarraf in Support of Final Class Action Settlement Approval (including all exhibits thereto).

4.      On June 26, 2018, KCC established a toll free telephone number (877-659-9728) so that Class Members could speak to a live operator and obtain more information about the Settlement and request a copy of the Notice.

5.      KCC caused roughly 15 million internet impressions in the form of Internet ads to be distributed on the Google Display Network and Facebook from July 3, 2018 to August 2, 2018. These impressions appeared on both mobile and desktop devices. The online ads targeted adults 18 years of age or older, with about 25% of the ads targeted to states in the North East, and included an embedded link to the Class Settlement Website. Screen shots of the implemented media are attached as Exhibit A.

6.      The deadline to submit a request for exclusion from the Settlement ("opt-out") was November 19, 2018. To date, KCC has received zero (0) timely opt-outs and zero (0) late opt-outs.

7.      The deadline to submit an objection to the Settlement was November 19, 2018. To date, KCC has received zero (0) objections.

8.      Through September 2018, KCC's cost fees and costs incurred are $23,196.84. It is anticipated that KCC's total costs for this project will be approximately $24,500.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this December 5, 2018, at Louisville, Kentucky.


_____
APRIL VAUGHT

# EXHIBIT A





Alessandro Berni, et al. v. Barilla S.p.A., et al.; 728x90
Placement: BostonHerald.com
Case 1:16-cv-04196-ST   Document 66-1   Filed 12/10/18   Page 6 of 21 PageID #: 792









## Lifestyle



Boston University confirms former Massachusetts Auditor Joseph DeNucci, ex-NHL player had CTE

If you bought an eligible Barilla Pasta Product in the United States or its territories at any time from July 28, 2010 to June 12, 2018, you may be part of this class action lawsuit.

**Learn More**

www.barillaclassaction.com



The BLT is sandwich perfection, all summer between slices



In praise of IHOP's cupcake pancake, the pinnacle of junk food



Grilling burgers this summer? Up your game with these homemade bun recipes



Wellness secret? Skip fads, stick to basics, experts say

**This Week's Circulars** 

TRENDING NOW

Editorial: Civility must hold sway

ABC News parts ways with investigative reporter Brian Ross

Retired trooper pleads guilty in Troop E overtime scheme #Mapoli







Alessandro Berni, et al. v. Barilla S.p.A., et al.: 300x600
Placement: BusinessInsider.com









Alessandro Berni, et al. v. Barilla S.p.A., et al.: 728x90
Placement: HowStuffWorks.com





Alessandro Berni, et al. v. Barilla S.p.A., et al.: 300x600
Placement: HowStuffWorks.com
Case 1:16-cv-04196-ST   Document 66-1   Filed 12/10/18   Page 13 of 21 PageID #: 799



Learn more

Researchers at the University of Wisconsin-Madison used astrochronology, a statistical method that combines geological observation and astrological theory, to determine that days are stretching slowly. That included looking at climate rhythms — the way hat sunlight is distributed on a planet over time — to determine how quickly the Earth moved on its axis millions of years ago.

As the moon has moved away from Earth, that's changed the gravitational pull. Earth's constant spin has slowed in turn. That means it takes longer for the planet to do the 365 daily full turns as it makes its way around the sun each year.

If you're hoping the slow down means more time to sleep in each morning or a happy hour extension, think again. The days are expanding at a clip of about 1.8 milliseconds per century.

## NOW THAT'S INTERESTING

The moon's gravity doesn't just impact the length of days here on planet Earth. The pull also helps determine when its high tide at the beach.

   

Print | Citation & Date | Reprint

**ADVENTURE** · PREVIOUS STORY

NEXT STORY · **HEALTH**







10 Ways to Avoid Being a Beach Bummer

If you bought an eligible Barilla Pasta Product in the United States or its territories at any time from July 28, 2010 to June 12, 2018, you may be part of this class action lawsuit.

**Learn More**

www.barillaclassaction.com

## RECOMMENDED





Alessandro Berni, et al. v. Barilla S.p.A., et al.; 728x90
Placement: LATimes.com
Case 1:16-cv-04196-ST   Document 66-1   Filed 12/10/18   Page 14 of 21 PageID #: 800





Alessandro Berni, et al. v. Barilla S.p.A., et al.: 300x250
Placement: LATimes.com



It's as if Magic Johnson and Rob Pelinka were blinded by the sprays of celebratory champagne ... or maybe by requests from James himself? If the latter is true, well, then, The King may be basketball's greatest player, but he's one weird general manager.

Within 24 hours of adding the disciplined and professional James to a group of young and impressionable kids, the Lakers have inexplicably opened the locker room door to three veteran misfits.

LAKERS

LeBron James dropped hints for a year that he would join Lakers

JUL 02, 2018   |   5:00 PM

In moves that ended Monday afternoon, they gave one-year deals to Lance Stephenson, JaVale McGee and Rajon Rondo in what only sounds like a "Saturday Night Live" spoof.

All three are valued for their fierce competitiveness. All three are also renowned for their unabashed kookiness.

Not only do all three have histories of odd and unsettling on-court behavior, but none of the three can provide James with the expert shooter his game desperately needs. The Lakers still don't have that shooter. They also don't have fan favorite and greatly improved Julius Randle, who looked at the new landscape Monday, threw up his hands and moved

to New Orleans.

If you bought an eligible Barilla Pasta Product in the United States or its territories at any time from July 28, 2010 to June 12, 2018, you may be part of this class action lawsuit.

Learn More
www.barillaclassaction.com







If you bought an eligible Barilla Pasta Product in the United States or its territories at any time from July 28, 2010 to June 12, 2018, you may be part of this class action lawsuit.

**Learn More**

www.barillaclassaction.com

## They're Engaged! David Foster Proposes to Katharine McPhee During Romantic Italian Getaway: All the Details

POSTED 07.3.2018





**ALSO ON PEOPLE**

Pregnant Pippa Middleton Just Channeled Sister Kate in the Perfect Summer Maternity Dress (for $89!)

All the 4th of July Sales We're Shopping to Score Big on Fashion, Shoes, Accessories and Beauty



**NOW STREAMING**

Kristin Cavallari Reveals How Jay Cutler Is Keeping Busy After Retiring from NFL

MORE FROM PEOPLETV

## must-see photos



STAR TRACKS
Fergie Takes L.A. as Ex Josh Duhamel & Eiza Gonzalez Vacation in


















Alessandro Berni, et al. v. Barilla S.p.A., et al.; 728x90
Placement: SFGate.com
Case 1:16-cv-04196-ST Document 66-1 Filed 12/10/18 Page 19 of 21 PageID #: 805





Alessandro Berni, et al. v. Barilla S.p.A., et al.: Desktop Ad
Placement: Facebook.com
Case 1:16-cv-04196-ST Document 66-1 Filed 12/10/18 Page 20 of 21 PageID #: 806







