**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ALESSANDRO BERNI, et al.,

      Plaintiffs,

      v.

BARILLA G. e R. FRATELLI, S.p.A., et al.,

      Defendants.

ADAM SCHULMAN,

      Objector.

No. 16-cv-4196 (ST)

---

## NOTICE OF CHANGE OF ORGANIZATION AND ADDRESS

---

Adam E. Schulman
DC Bar No. 1001606
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Phone: (610) 457-0856
Email: adam.schulman@hlli.org

*In pro per*

PLEASE TAKE NOTICE that Adam E. Schulman, objector appearing *in propria persona*, as of February 1, 2019, will no longer be attorney with the Competitive Enterprise Institute ("CEI"). Instead he will be an attorney for the newly established nonprofit Hamilton Lincoln Law Institute ("HLLI") of which the Center for Class Action Fairness ("CCAF") will be a part.

His new contact information is as follows:

> Adam E. Schulman
> Hamilton Lincoln Law Institute,
>   Center for Class Action Fairness
> 1629 K Street NW, Suite 300
> Washington, DC 20006
> Telephone: (610) 457-0856
> Email: adam.schulman@hlli.org

Please update your records accordingly.

Dated:  January 31, 2019

Respectfully submitted,

Adam Schulman
DC Bar No. 1001606
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Phone: (610) 457-0856
Email: adam.schulman@hlli.org

*In pro per*

**Certificate of Service**

The undersigned certifies he electronically filed the foregoing Notice via the ECF system for the Eastern District of New York, thus sending the Notice in writing to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing.

Dated: January 31, 2019.

_____
Adam Schulman